# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br><br>MICHAEL A. WARE | ) **JUDGMENT IN A CRIMINAL CASE**<br>) (For a Petty Offense)<br>)<br>) USDC Case Number:18-cr-00211-SVK-1<br>) BOP Case Number:<br>) USM Number:<br>) Defendant's Attorney: Tamara Crepet (FPD) |

**THE DEFENDANT:**

( x   THE DEFENDANT pleaded guilty to count(s):   ONE

( )   THE DEFENDANT pleaded nolo contendere to count(s):

( )   THE DEFENDANT was found guilty on count(s):

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18. U.S.C. § 13 ,<br>Assimilating California<br>Vehicle Code § 23152(a) | Driving under the influence of any alcoholic beverage. | 02/19/218 | ONE |
| | | | |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through _4_ of this judgment.

( )   The defendant has been found not guilty on count(s): _____.

( x   Count(s) TWO and THREE are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:

Defendant's Year of Birth:

City and State of Defendant's Residence:

8/6/2018
Date of Imposition of Judgment

Signature of Judge
The Honorable Susan van Keulen
Susan van Keulen, United States Magistrate Judge
Name & Title of Judge

August 8, 2018
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of: **ONE YEAR**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

( ) The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

( ) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

( ) The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

( ) The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

( ) The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

1. Probation in accordance with 18 U.S. C §3561 (c) (2) for ONE (1) year.

2. Successful completion of 96 hours of community service.

3. Payment of a mandatory special assessment fee of $10.00.

4. Successful Competition of an approved three (3) month first-time offender alcohol program, at the direction of the Probation Officer.

5. Defendant must submit to a chemical test if he is arrested for Driving Under the Influence.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 10 | $ 0 | $ 0 |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows[*]:

A   ( x )   Lump sum payment of $10 due immediately.

       ┌   not later than _____ , or
       ┌   in accordance with   ( ) C,   ( ) D, or     ( ) E, and/or    ( ) F below); or

B   ( )   Payment to begin immediately (may be combined with   ( ) C,     ( ) D, or   ( ) F below); or

C   ( )   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of ___ over a period of _____ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

D   ( )   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of ___ over a period of _____ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ( )   Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ( )   Special instructions regarding the payment of criminal monetary penalties:
**When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

AO 245I (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case Personal Identification Attachment

---

[*] Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.